# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| JACKIE RAY BUSH | CIVIL ACTION NO. 05-1682-A |
| VS. | SECTION P |
| WARDEN BURL CAIN | JUDGE DRELL |
| | MAGISTRATE JUDGE ~~LITTLE~~ KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the untimely objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 21st day of February, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**