RECEIVED
IN ALEXANDRIA, LA
DEC 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JACKIE RAY BUSH** | **CIVIL ACTION NO. 1:05CV1682** |
| **VERSUS** | **JUDGE DRELL** |
| **WARDEN BURL CAIN** | **MAGISTRATE JUDGE KIRK** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

[X] The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

[ ] The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at ALEXANDRIA, Louisiana, this 21st Day of December, 2006.

Dee D. Drell
UNITED STATES DISTRICT JUDGE